IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA

v.

JOSE HERNANDEZ-AYALA

§
§
§   CASE NUMBER 1:24-CR-00003-MJT
§
§
§
§
§

ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a report and recommendation of the Honorable Christine L. Stetson, United States Magistrate Judge, regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the Court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

ORDERED that the report and recommendation of the United States Magistrate Judge on the Defendant's competency to stand trial is ADOPTED. It is further ORDERED that the Defendant, Jose Hernandez-Ayala, is competent. The speedy trial time shall be excluded from October 10, 2024 until the date of this order.

**SIGNED this 1st day of May, 2026.**

_____
Michael J. Truncale
United States District Judge